## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. I, Shahar Cohen, on behalf of Lucid Alternative Fund, LP (the "Fund"), as Chief Executive Officer, with authority to bind the Fund and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Aehr Test Systems, Inc. ("Aehr") and authorize the filing of a comparable complaint on behalf of the Fund.

3. The Fund did not purchase or acquire Aehr securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. The Fund is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Aehr securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. The attached sheet lists all of the Fund's transactions in Aehr securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, the Fund has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *Lucid Alternative Fund, LP v. Innoviz Technologies Ltd. et al*, No. 1:24-cv-01971 (S.D.N.Y.); and

- *In re SolarEdge Technologies, Inc. Securities Litigation*, No. 1:23-cv-09748 (S.D.N.Y.).

7. The Fund agrees not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** _____28.11.2024_____
              **(Date)**

_____
              **(Signature)**

**Shahar Cohen**
**Chief Executive Officer**
**Lucid Alternative Fund, LP**