**Aehr Test Systems (AEHR)**                                                                                                    **Lucid Alternative Fund, LP**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | Common Stock | 1/9/2024 | 5,000 | $17.8000 |
| Purchase/Acquisition | Common Stock | 1/9/2024 | 3,000 | $18.6998 |
| Purchase/Acquisition | Common Stock | 1/10/2024 | 8,000 | $19.5400 |
| Purchase/Acquisition | Common Stock | 1/17/2024 | 1,800 | $20.0000 |
| Purchase/Acquisition | Common Stock | 1/19/2024 | 200 | $20.0000 |
| Purchase/Acquisition | Common Stock | 2/6/2024 | 1,100 | $20.0000 |
| Purchase/Acquisition | Common Stock | 2/16/2024 | 2,900 | $20.0000 |
| Purchase/Acquisition | Common Stock | 2/28/2024 | 3,800 | $25.0000 |
| Purchase/Acquisition | Common Stock | 3/5/2024 | 3,400 | $25.0000 |
| Purchase/Acquisition | Common Stock | 3/8/2024 | 1,300 | $22.5000 |
| Purchase/Acquisition | Common Stock | 3/12/2024 | 200 | $25.0000 |
| Purchase/Acquisition | Common Stock | 3/13/2024 | 5,500 | $20.0000 |
| Purchase/Acquisition | Common Stock | 3/13/2024 | 3,200 | $22.5000 |
| Purchase/Acquisition | Common Stock | 3/13/2024 | 200 | $25.0000 |
| Purchase/Acquisition | Common Stock | 3/14/2024 | 100 | $25.0000 |
| Purchase/Acquisition | Common Stock | 3/14/2024 | 2,100 | $20.0000 |
| Purchase/Acquisition | Common Stock | 3/15/2024 | 500 | $22.5000 |
| Purchase/Acquisition | Common Stock | 3/15/2024 | 300 | $25.0000 |
| Purchase/Acquisition | Common Stock | 3/15/2024 | 2,400 | $20.0000 |
| Purchase/Acquisition | Common Stock | 4/15/2024 | 3,500 | $22.5000 |
| Purchase/Acquisition | Common Stock | 4/17/2024 | 100 | $22.5000 |
| Purchase/Acquisition | Common Stock | 4/22/2024 | 1,400 | $22.5000 |
| Purchase/Acquisition | AEHR 15MAR24 20 C | 10/30/2023 | 100 | $7.0466 |
| Purchase/Acquisition | AEHR 15MAR24 25 C | 1/8/2024 | 80 | $2.2118 |
| Purchase/Acquisition | AEHR 19JAN24 20 C | 1/10/2024 | 100 | $1.2000 |
| Purchase/Acquisition | AEHR 17JAN25 15 C | 1/10/2024 | 77 | $8.2100 |
| Purchase/Acquisition | AEHR 17JAN25 12.5 C | 1/10/2024 | 100 | $9.5121 |
| Purchase/Acquisition | AEHR 18OCT24 17.5 C | 1/12/2024 | 130 | $5.2400 |
| Purchase/Acquisition | AEHR 17JAN25 12.5 C | 1/16/2024 | 70 | $8.3803 |
| Purchase/Acquisition | AEHR 17JAN25 12.5 C | 2/16/2024 | 50 | $8.8088 |
| Purchase/Acquisition | AEHR 17JAN25 55 C | 7/17/2024 | 77 | $0.4835 |
| Purchase/Acquisition | AEHR 17JAN25 45 C | 7/17/2024 | 77 | $0.9265 |
| Purchase/Acquisition | AEHR 17JAN25 35 C | 7/17/2024 | 50 | $1.6500 |
| Purchase/Acquisition | AEHR 17JAN25 30 C | 7/17/2024 | 70 | $2.5425 |
| Purchase/Acquisition | AEHR 17JAN25 22.5 P | 7/17/2024 | 115 | $5.4000 |
| Purchase/Acquisition | AEHR 17JAN25 55 C | 7/18/2024 | 53 | $0.4500 |
| Purchase/Acquisition | AEHR 17JAN25 50 C | 7/18/2024 | 53 | $0.5700 |
| Purchase/Acquisition | AEHR 17JAN25 55 C | 7/19/2024 | 47 | $0.3819 |
| Purchase/Acquisition | AEHR 17JAN25 50 C | 7/19/2024 | 47 | $0.4881 |
| Purchase/Acquisition | AEHR 18OCT24 40 C | 7/22/2024 | 55 | $0.1747 |
| Purchase/Acquisition | AEHR 18OCT24 55 C | 7/22/2024 | 75 | $0.2000 |
| Purchase/Acquisition | AEHR 18OCT24 55 C | 7/22/2024 | 55 | $0.3569 |
| Purchase/Acquisition | AEHR 18OCT24 20 P | 7/22/2024 | 40 | $3.7000 |
| Purchase/Acquisition | AEHR 18OCT24 40 C | 7/25/2024 | 75 | $0.2700 |
| Sale | AEHR 15MAR24 22.5 P | 10/30/2023 | (50) | $4.1300 |
| Sale | AEHR 19JAN24 25 C | 1/10/2024 | (100) | $0.1500 |
| Sale | AEHR 15MAR24 25 C | 1/10/2024 | (80) | $1.0000 |
| Sale | AEHR 17JAN25 55 C | 1/10/2024 | (77) | $1.0700 |
| Sale | AEHR 17JAN25 55 C | 1/10/2024 | (100) | $1.0824 |
| Sale | AEHR 17JAN25 50 C | 1/10/2024 | (100) | $1.3327 |
| Sale | AEHR 19JAN24 20 P | 1/10/2024 | (20) | $1.4000 |
| Sale | AEHR 17JAN25 45 C | 1/10/2024 | (77) | $1.6700 |
| Sale | AEHR 15MAR24 20 C | 1/10/2024 | (80) | $2.7938 |
| Sale | AEHR 15MAR24 20 P | 1/10/2024 | (50) | $2.8000 |
| Sale | AEHR 21JUN24 22.5 P | 1/10/2024 | (50) | $5.7500 |
| Sale | AEHR 15MAR24 25 P | 1/10/2024 | (80) | $5.7950 |
| Sale | AEHR 17JAN25 22.5 P | 1/10/2024 | (5) | $7.9000 |
| Sale | AEHR 17JAN25 22.5 P | 1/10/2024 | (50) | $7.9200 |
| Sale | AEHR 16FEB24 20 P | 1/11/2024 | (40) | $3.0000 |

**Aehr Test Systems (AEHR)**                                              **Lucid Alternative Fund, LP**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Sale | AEHR 15MAR24 20 P | 1/11/2024 | (50) | $3.2000 |
| Sale | AEHR 18OCT24 55 C | 1/12/2024 | (130) | $0.5200 |
| Sale | AEHR 18OCT24 40 C | 1/12/2024 | (130) | $1.1200 |
| Sale | AEHR 18OCT24 20 P | 1/12/2024 | (40) | $5.8000 |
| Sale | AEHR 17JAN25 30 C | 1/16/2024 | (70) | $2.8803 |
| Sale | AEHR 17JAN25 22.5 P | 1/16/2024 | (60) | $8.2000 |
| Sale | AEHR 15MAR24 20 C | 2/9/2024 | (100) | $0.6600 |
| Sale | AEHR 15MAR24 17.5 C | 2/13/2024 | (50) | $1.3000 |
| Sale | AEHR 17JAN25 35 C | 2/16/2024 | (50) | $2.2788 |
| Sale | AEHR 18OCT24 17.5 C | 7/10/2024 | (75) | $2.1500 |
| Sale | AEHR 17JAN25 15 C | 7/10/2024 | (77) | $4.0000 |
| Sale | AEHR 17JAN25 12.5 C | 7/10/2024 | (3) | $5.3000 |
| Sale | AEHR 17JAN25 12.5 C | 7/17/2024 | (170) | $9.8425 |
| Sale | AEHR 17JAN25 12.5 C | 7/19/2024 | (47) | $7.9700 |
| Sale | AEHR 18OCT24 17.5 C | 7/22/2024 | (55) | $3.1000 |