BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
saviles@whafh.com

*Attorneys for Plaintiff Ingrid Diaz*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCID ALTERNATIVE FUND, LP, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AEHR TEST SYSTEMS, INC., GAYN ERICKSON, and CHRIS P. SIU, <br><br> Defendants. | Case No. 3:24-cv-08683-SI <br><br> **UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> The Hon. Susan Illston <br><br> (Civil L.R. 3-12 and 7-11) |

[Caption continued on next page]

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

| | |
|---|---|
| RAMMOHAN PRABHAKAR, derivatively on behalf of AEHR TEST SYSTEMS, | Case No. 3:24-cv-09236-LB |
| Plaintiff, | Magistrate Judge Laurel Beeler |
| v. | |
| GAYN ERICKSON, CHRIS P. SIU, FARIBA DANESH, LAURA OLIPHANT, RHEA J. POSEDEL, GEOFFREY G. SCOTT, and HOWARD T. SLAYEN, | |
| Defendants, | |
| and | |
| AEHR TEST SYSTEMS, | |
| Nominal Defendant. | |
| INGRID DIAZ, Derivatively on Behalf of Nominal Defendant AEHR TEST SYSTEMS, | Case No. 4:25-cv-00251-YGR |
| Plaintiff, | The Hon. Yvonne Gonzalez Rogers |
| v. | |
| GAYN ERICKSON, CHRIS P. SIU, FARIBA DANESH, LAURA OLIPHANT, RHEA J. POSEDEL, GEOFFREY G. SCOTT, and HOWARD T. SLAYEN, | |
| Defendants, | |
| and | |
| AEHR TEST SYSTEMS, | |
| Nominal Defendant. | |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Ingrid Diaz ("Diaz") in the action *Diaz v. Erickson, et al.*, Case No. 4:25-cv-00251-YGR (the "*Diaz* Derivative Action") respectfully requests that the Court deem the *Diaz* Derivative Action and *Prabhakar v. Erickson, et al.*, Case No. 3:24-cv-09236-LB (the "*Prabhakar* Derivative Action") as related to *Lucid Alternative Fund, LP v. Aehr Test Systems, Inc., et al.*, Case No. 3:24-cv-08683-SI (the "Securities Class Action").  As discussed below, the criteria for relation are met here.  The *Diaz* Derivative Action and the *Prabhakar* Derivative Action (the "Derivative Actions") and the Securities Class Action (with the Derivative Actions, the "Related Actions") concern substantially the same parties, substantially similar factual allegations, and "it appears likely that there will be an unduly burdensome duplication of labor and expense" if these cases are tried separately.  Therefore, relation is proper under Civil L.R. 3-12.

## RELATED ACTIONS

The following actions were filed in the following order:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Lucid Alternative Fund, LP v. Aehr Test Systems, Inc., et al.* | 3:24-cv-08683-SI | 12/03/24 |
| *Prabhakar v. Erickson, et al.* | 3:24-cv-09236-LB | 12/19/24 |
| *Diaz v. Erickson, et al.* | 4:25-cv-00251-YGR | 01/07/25 |

## LEGAL STANDARD

Civil L.R. 3-12(a) provides that actions are deemed related when: (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

## ARGUMENT

Both criteria are met here.  The Securities Class Action and the Derivative Actions address many of the same transactions and contain similar and overlapping sets of factual allegations as well as involve some of the same parties.  Specifically, the Securities Class Action and the Derivative

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Actions arise, at least in part, from the same allegedly false and misleading statements made by executives of Aehr Test Systems, Inc. ("Aehr" or the "Company").  The Securities Class Action alleges violations of the federal securities laws by Aehr, as well as defendants Gayn Erickson ("Erickson") and Chris P. Siu ("Siu").  The Derivative Actions allege that Erickson, Siu and others breached the fiduciary duties they owe to Aehr and its shareholders in connection with, *inter alia*, the same statements that are alleged to be materially false and misleading in the Securities Class Action.

Given the similarities between these cases and the fact that these cases are pending in this District, treating the cases as related would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues.  Because the requirements of Civil L.R. 3-12 are met, relation is appropriate. *In re Leapfrog Enterprises Inc. Sec. Litig.*, 2005 U.S. Dist. LEXIS 44899, *5 (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

## CONCLUSION

Plaintiff Diaz respectfully submits that the overlap of parties and factual issues among these actions warrants coordination before a single judge.  Otherwise, litigation of the actions may result in unwarranted duplication of judicial effort, waste of resources, and possibly inconsistent results.  For all the foregoing reasons, Plaintiff Diaz respectfully requests the Court enter the proposed order submitted herewith, administratively relating the Derivative Actions to the Securities Class Action.  Defendants do not oppose this Motion or any of the relief requested herein.

Dated: February 13, 2025

Respectfully submitted.

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**

By:  */s/ Alex J. Tramontano*
     ALEX J. TRAMONTANO

Betsy C. Manifold
Rachele R. Byrd
Alex J. Tramontano
Stephanie Aviles
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
saviles@whafh.com

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
tjm@rl-legal.com
sa@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 267-507-6085
jgrabar@grabarlaw.com

*Attorneys for Plaintiff Ingrid Diaz*

3

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

*/s/ Alex J. Tramontano*
Alex J. Tramontano

4
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED