BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
saviles@whafh.com

*Attorneys for Plaintiff Ingrid Diaz*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCID ALTERNATIVE FUND, LP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AEHR TEST SYSTEMS, INC., GAYN ERICKSON, and CHRIS P. SIU,<br><br>Defendants. | Case No. 3:24-cv-08683-SI<br><br>**DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>The Hon. Susan Illston<br><br>(Civil L.R. 3-12 and 7-11) |

[Caption continued on next page]

DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 3:24-cv-08683-SI; 3:24-cv-09236-LB; and 4:25-cv-00251-YGR

| | |
|---|---|
| RAMMOHAN PRABHAKAR, derivatively on behalf of AEHR TEST SYSTEMS,<br><br>                    Plaintiff,<br><br>    v.<br><br>GAYN ERICKSON, CHRIS P. SIU, FARIBA DANESH, LAURA OLIPHANT, RHEA J. POSEDEL, GEOFFREY G. SCOTT, and HOWARD T. SLAYEN,<br><br>                    Defendants,<br><br>    and<br><br>AEHR TEST SYSTEMS,<br><br>                    Nominal Defendant. | Case No. 3:24-cv-09236-LB<br><br>Magistrate Judge Laurel Beeler |
| INGRID DIAZ, Derivatively on Behalf of Nominal Defendant AEHR TEST SYSTEMS,<br><br>                    Plaintiff,<br><br>    v.<br><br>GAYN ERICKSON, CHRIS P. SIU, FARIBA DANESH, LAURA OLIPHANT, RHEA J. POSEDEL, GEOFFREY G. SCOTT, and HOWARD T. SLAYEN,<br><br>                    Defendants,<br><br>    and<br><br>AEHR TEST SYSTEMS,<br><br>                    Nominal Defendant. | Case No. 4:25-cv-00251-YGR<br><br>The Hon. Yvonne Gonzalez Rogers |

DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 3:24-cv-08683-SI; 3:24-cv-09236-LB; and 4:25-cv-00251-YGR

I, Alex J. Tramontano, hereby declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am Counsel at Wolf Haldenstein Adler Freeman & Herz LLP, counsel for Plaintiff Ingrid Diaz in the above-captioned action *Diaz v. Erickson, et al.*, Case No. 4:25-cv-00251-YGR (the "*Diaz* Derivative Action").

2. I submit this declaration in support of the Unopposed Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3. My firm has conferred with counsel for defendants in the above-captioned cases ("Defendants") and counsel for Plaintiff Rammohan Prabhakar ("Plaintiff Prabhakar") in the action *Prabhakar v. Erickson, et al.*, Case No. 3:24-cv-09236-LB (the "*Prabhakar* Derivative Action") regarding this Administration Motion. Plaintiff Prabhakar and Defendants do not oppose the relief sought in the Administrative Motion and agree that the Derivative Actions should be deemed related to each other and to *Lucid Alternative Fund, LP v. Aehr Test Systems, Inc., et al.*, 3:24-cv-08683-SI (the "Securities Class Action"). I submit this Declaration in lieu of a stipulation to the same effect.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge.

Dated: February 13, 2025                    Respectfully submitted.

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:    */s/ Alex J. Tramontano*
ALEX J. TRAMONTANO

Betsy C. Manifold
Rachele R. Byrd
Alex J. Tramontano
Stephanie Aviles
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

1

DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 3:24-cv-08683-SI; 3:24-cv-09236-LB; and 4:25-cv-00251-YGR

manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
saviles@whafh.com

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard,
Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
tjm@rl-legal.com
sa@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 267-507-6085
jgrabar@grabarlaw.com

*Attorneys for Plaintiff Ingrid Diaz*

DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF UNOPPOSED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED:
Case Nos. 3:24-cv-08683-SI; 3:24-cv-09236-LB; and 4:25-cv-00251-YGR

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

/s/ Alex J. Tramontano
Alex J. Tramontano

3
DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 3:24-cv-08683-SI; 3:24-cv-09236-LB; and 4:25-cv-00251-YGR