**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCID ALTERNATIVE FUND, LP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AEHR TEST SYSTEMS, INC., GAYN ERICKSON, and CHRIS P. SIU,<br><br>Defendants. | Case No. 3:24-cv-08683-SI<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>The Hon. Susan Illston<br><br>(Civil L.R. 3-12 and 7-11) |

[Caption continued on next page]

[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED

| | |
|---|---|
| RAMMOHAN PRABHAKAR, derivatively on behalf of AEHR TEST SYSTEMS,<br><br>             Plaintiff,<br><br>    v.<br><br>GAYN ERICKSON, CHRIS P. SIU, FARIBA DANESH, LAURA OLIPHANT, RHEA J. POSEDEL, GEOFFREY G. SCOTT, and HOWARD T. SLAYEN,<br><br>             Defendants,<br><br>    and<br><br>AEHR TEST SYSTEMS,<br><br>             Nominal Defendant. | Case No. 3:24-cv-09236-LB<br><br>Magistrate Judge Laurel Beeler |
| INGRID DIAZ, Derivatively on Behalf of Nominal Defendant AEHR TEST SYSTEMS,<br><br>             Plaintiff,<br><br>    v.<br><br>GAYN ERICKSON, CHRIS P. SIU, FARIBA DANESH, LAURA OLIPHANT, RHEA J. POSEDEL, GEOFFREY G. SCOTT, and HOWARD T. SLAYEN,<br><br>             Defendants,<br><br>    and<br><br>AEHR TEST SYSTEMS,<br><br>             Nominal Defendant. | Case No. 4:25-cv-00251-YGR<br><br>The Hon. Yvonne Gonzalez Rogers |

[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Upon consideration of Ingrid Diaz's Unopposed Administrative Motion to Consider Whether Cases Should be Related, the Court finds that *Diaz v. Erickson, et al.*, Case No. 4:25-cv-00251-YGR (the "*Diaz* Derivative Action") and *Prabhakar v. Erickson, et al.*, Case No. 3:24-cv-09236-LB (the "*Prabhakar* Derivative Action") (together with the *Diaz* Derivative Action, the "Derivative Actions") shall be deemed related to *Lucid Alternative Fund, LP v. Aehr Test Systems, Inc., et al.*, 3:24-cv-08683-SI (the "Securities Class Action") pursuant to Civil L.R. 3-12.

The Court, HEREBY ORDERS:

1.    The Derivative Actions are deemed related to the Securities Class Action.

2.    The Derivative Actions are hereby reassigned to Judge Susan Illston.

3.    Pursuant to Civil L.R. 3-12(g), any Initial Case Management Conference currently scheduled in the Derivative Actions will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED