**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCID ALTERNATIVE FUND, LP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AEHR TEST SYSTEMS, INC., GAYN ERICKSON, and CHRIS P. SIU,<br><br>Defendants. | Case No. 3:24-cv-08683-SI<br><br>**LEAD PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br><u>CLASS ACTION</u> |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff Yue Guo hereby voluntarily dismisses this action without prejudice as to all defendants, with each party bearing its own attorneys' fees and costs. No defendant has filed or served either an answer or a motion for summary judgment. A class has not been certified in this action. No compensation in any form has passed directly or indirectly from any of the defendants to Lead Plaintiff or counsel for Lead Plaintiff, and no agreement to give any such compensation has been made.

Dated: May 16, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)

1

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

2

LEAD PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL – 3:24-cv-08683-SI